Richard MATTRALLA, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Dec. 7, 1973.

Peter F. Beasley, Cobb, Combs, Beasley & Oldfield, Covington, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Reversing.*

KLEEN LEEN, INC., Appellant,

v.

Tony MILES, d/b/a Miles Swine Enterprises, et al., Appellees.

Court of Appeals of Kentucky.

Dec. 7, 1973.

Givhan & Porter, Thomas B. Givhan, James E. Milliman, Shepherdsville, for appellant.

Lively M. Wilson, Stites, McElwain & Fowler, Louisville, Thomas L. Waller, Shepherdsville, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

K & F SMITH, INC., et al., Appellants,

v.

Russell K. GAILOR et al., Appellees.

Court of Appeals of Kentucky.

Dec. 7, 1973.

Armer H. Mahan, Davis & Mahan, Robert C. Hobson, Woodward, Hobson & Fulton, Louisville, for appellants.

Frank E. Haddad, Jr., Allen K. Gailor, Louisville, Benjamin B. Jackson, M. D., pro se, for appellees.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

James E. DAVIS, Appellant,

v.

AMERICAN TECHNICAL INDUSTRIES, INC., et al., Appellees.

Court of Appeals of Kentucky.

Dec. 7, 1973.

James E. Howard, Lexington, for appellant.

W. T. Adkins, W. R. Patterson, Jr., Lexington, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

* Opinion ordered not to be published.